DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MARCUS DESHAUN PRIDE,<br>　　　　Defendants. | Cr.S. 11-170-LKK<br>**STIPULATION AND ORDER**<br>DATE: February 14, 2012<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

This case is currently scheduled for a status conference on January 18, 2012. The parties have conferred and agree that additional time is needed for negotiation with the hope of resolving the case. In addition, the parties are awaiting the completion of a previously ordered pre-plea advisory guideline presentence investigation report that will aid the parties toward resolving the case.

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Wednesday, January 18, 2012, be continued to Tuesday, February 14,

2012, at 9:15 a.m..

It is further stipulated that the time period from the date of this stipulation, January 11, 2012, through and including the date of the new status conference hearing, February 14, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 11, 2012     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARCUS DESHAUN PRIDE

DATED: January 11, 2012     BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

/ / /
/ / /
/ / /
/ / /
/ / /

**O R D E R**

2

|   |   |
|---|---|
| 1 | Based on the stipulation of the parties and good cause appearing |
| 2 | therefrom, the Court hereby adopts the stipulation of the parties in |
| 3 | its entirety as its order.  It is hereby ordered that the presently set |
| 4 | January 18, 2012, status conference shall be continued to February 14, |
| 5 | 2012, at 9:15 a.m..  It is further ordered that the time period from |
| 6 | the date of the parties' stipulation, January 11, 2012, through and |
| 7 | including the date of the new status conference hearing, February 14, |
| 8 | 2012, shall be excluded from computation of time within which the trial |
| 9 | of this matter must be commenced under the Speedy Trial Act, pursuant |
| 10 | to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time |
| 11 | for defense counsel to prepare]. |
| 12 | Based on the stipulation of the parties and good cause appearing |
| 13 | therefrom, the Court hereby finds that the failure to grant a |
| 14 | continuance in this case would deny defense counsel reasonable time for |
| 15 | effective preparation taking into account the exercise of due |
| 16 | diligence.  The Court specifically finds that the ends of justice |
| 17 | served by the granting of such continuance outweigh the interests of |
| 18 | the public and the defendant in a speedy trial. |
| 19 | **IT IS SO ORDERED.** |
| 20 |   |
| 21 | DATED: January 17, 2012 |
| 22 |   |
| 23 | LAWRENCE K. KARLTON<br>SENIOR JUDGE<br>UNITED STATES DISTRICT COURT |