DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-11-170-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: June 19, 2012 |
| MARCUS DESHAUN PRIDE, ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, June 19, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, May 22, 2012, through and including the date of the new

status conference, June 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: May 17, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARCUS PRIDE

DATED: May 17, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set May 22, 2012, status conference shall be continued to June 19, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, May 17, 2012, through and including the date of the new status conference hearing, June 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

**2**

1    Based on the stipulation of the parties and good cause appearing
2 therefrom, the Court hereby finds that the failure to grant a
3 continuance in this case would deny defense counsel reasonable time for
4 effective preparation taking into account the exercise of due
5 diligence.  The Court specifically finds that the ends of justice
6 served by the granting of such continuance outweigh the interests of
7 the public and the defendant in a speedy trial.
8    **IT IS SO ORDERED.**

DATED: May 21, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT