DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS DESHAUN PRIDE,<br><br>　　　　　Defendants. | Cr.S. 11-170-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 28, 2012<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender that the status conference set for Tuesday, August 7, 2012, be continued to Tuesday, August 28, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, August 2, 2012, through and including the date of the new

status conference, August 28, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: August 2, 2012             Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MARCUS PRIDE

DATED: August 2, 2012             BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set August 7, 2012, status conference shall be continued to August 28, 2012, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, August 2, 2012, through and including the date of the new status conference hearing, August 28, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time

2

for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: August 2, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT