```
 1  JOSEPH SCHLESINGER, Bar# 87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    MARCUS DESHAUN PRIDE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-170 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MARCUS DESHAUN PRIDE, | ) | |
| | ) | DATE: May 21, 2013 |
| Defendant. | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and a greed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, March 26, 2013, be continued to Tuesday, May 21, 2013 at 9:15 a.m. for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference, May 21, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: March 21, 2013  Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARCUS PRIDE

DATED: March 21, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set March 26, 2013 status conference shall be continued to May 21, 2013 at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, May 21, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

1 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
2 prepare].
3     Based on the stipulation of the parties and good cause appearing
4 therefrom, the Court hereby finds that the failure to grant a
5 continuance in this case would deny defense counsel reasonable time for
6 effective preparation taking into account the exercise of due
7 diligence.  The Court specifically finds that the ends of justice
8 served by the granting of such continuance outweigh the interests of
9 the public and the defendant in a speedy trial.
10     **IT IS SO ORDERED.**
11 DATED:   March 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT