HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-170 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | DATE: June 11, 2013 |
| | TIME: 9:15 a.m. |
| MARCUS DESHAUN PRIDE, | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for Status Conference on June 11, 2013, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney Jason Hitt, defense counsel for MARCUS DESHAUN PRIDE, Assistant Federal Defender Benjamin D. Galloway, were present.

Both counsel requested that the matter be set for a further status conference/change of plea hearing on July 9, 2013, at 9:15 a.m.

IT IS HEREBY ORDERED that this matter be set for a further status conference/change of plea hearing on July 9, 2013, at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from June 11, 2013 to and including July 9, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

The Court specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: June 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT