HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCUS DESHAUN PRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCUS DESHAUN PRIDE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 2:11-cr-170 LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> DATE:  October 1, 2013 <br> TIME:  9:15 a.m. <br> JUDGE: Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America by and through JASON HITT, Assistant United States Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, September 10, 2013, be continued to Tuesday, October 1, 2013 at 9:15 a.m. for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference,

October 1, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)[reasonable time for defense counsel to prepare](Local Code T4), and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: September 6, 2013  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARCUS PRIDE

DATED: September 6, 2013  BENJAMIN B. WAGNER
United States Attorney

*/s/ Benjamin Galloway for*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set September 10, 2013 status conference shall be continued to October 1, 2013 at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, October 1, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)[reasonable time for defense counsel to prepare](Local Code T4).

1     Based on the stipulation of the parties and good cause appearing
2 therefrom, the Court hereby finds that the failure to grant a continuance
3 in this case would deny defense counsel reasonable time for effective
4 preparation taking into account the exercise of due diligence.  The Court
5 specifically finds that the ends of justice served by the granting of such
6 continuance outweigh the interests of the public and the defendant in a
7 speedy trial.
8     **IT IS SO ORDERED.**
9 DATED:   September 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT