| 1 | HEATHER E. WILLIAMS, #122664 |
| --- | --- |
| 2 | Federal Defender<br>BENJAMIN D. GALLOWAY, #214897 |
| 3 | Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 "I" Street, 3rd Floor<br>Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| 6 | MARCUS DESHAUN PRIDE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:11-CR-170 LKK |
| --- | --- |
| Plaintiff, | ) ORDER AFTER HEARING |
| v. | ) |
| MARCUS DESHAUN PRIDE | ) DATE: October 1, 2013<br>) TIME: 9:15 a.m.<br>) JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on October 1, 2013, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney Jason Hitt, and defense counsel for MARCUS DESHAUN PRIDE, Assistant Federal Defender Benjamin D. Galloway, were present.

Both counsel requested that the matter be set for a further status conference hearing on October 22, 2013, at 9:15 a.m., to provide the parties an opportunity to work toward a negotiated resolution of this case and to allow the defense sufficient time to complete additional investigation.

-1-

IT IS HEREBY ORDERED that this matter be set for a further status conference hearing on October 22, 2013, at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4), the period from October 1, 2013 to and including October 22, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

The Court specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED:_October 2, 2013_____

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT