| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | MARCUS DESHAUN PRIDE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-0170 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| MARCUS DESHAUN PRIDE | ) | DATE: October 29, 2013 |
| | ) | TIME: 9:15 AM |
| Defendant. | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |

It is hereby stipulated and agreed to between the United States of America by and through JASON HITT, Assistant United States Attorney, and defendant, MARCUS DESHAUN PRIDE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 22, 2013, be continued to Tuesday, October 29, 2013 at 9:15 a.m. for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference, October 29, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)[reasonable time for defense

*U.S. v. Pride*
Stipulation and Order

-1-

| | |
|---|---|
| counsel to prepare](Local Code T4), and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. | |
| DATED: October 18, 2013 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARCUS PRIDE |
| DATED: October 18, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Benjamin Galloway for*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set October 22, 2013 status conference shall be continued to October 29, 2013 at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, October 29, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)[reasonable time for defense counsel to prepare](Local Code T4).

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: October 21, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*U.S. v. Pride*
Stipulation and Order